492 P.2d 996

**Jesus ARCHULETA, Administrator of the Estate of Raymond B. Romero, Deceased, et al., Petitioners,**

**v.**

**Allan R. JOHNSTON and Ervin H. Werner, Respondents.**

**No. 9378.**

Supreme Court of New Mexico.

Dec. 27, 1971.

Further ordered that the record in Court of Appeals Cause No. 683, 83 N.M. 380, 492 P.2d 997, be and the same is hereby returned to the Clerk of the Court of Appeals.